AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WHIPPLE, HAROLD D. | Western District of Missouri | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE (Senior Status) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

8462 Chas. Evans Whittaker Crt
400 East 9th Street
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Missouri Judges Retirement System - Pension | $41,274.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Administrative Office - U.S. Courts - Administrative Assistant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Woodlands, Dallas Co., MO | | None | L | W | | | | | |
| 2. Woodlands, Dallas Co., MO | | None | K | W | | | | | |
| 3. Office Bldg., Lebanon, MO | | None | K | W | | | | | |
| 4. 1/2 Owner woodlands, Laclede Co., MO | | None | J | W | | | | | |
| 5. 1/3 Owner woodlands, Lebanon, MO | | None | K | W | | | | | |
| 6. Ally Demand Notes | B | Interest | L | T | | | | | |
| 7. Bank of America Accounts | A | Interest | M | T | | | | | |
| 8. Mid-Missouri Bank Account | A | Interest | M | T | | | | | |
| 9. Federated Total Return Bond Fund | B | Dividend | K | T | Sold (part) | 03/30/12 | J | | |
| 10. | | | | | Sold (part) | 11/30/12 | J | | |
| 11. | | | | | Sold (part) | 12/19/12 | K | | |
| 12. Pimco Foreign Bond Fund | A | Dividend | K | T | Sold (part) | 3/30/12 | J | | |
| 13. | | | | | Sold (part) | 11/30/12 | J | | |
| 14. | | | | | Sold (part) | 12/19/12 | K | | |
| 15. Vanguard GNMA Fund | A | Dividend | J | T | Buy (add'l) | 3/30/12 | J | | |
| 16. | | | | | Sold (part) | 3/30/12 | J | | |
| 17. | | | | | Sold (part) | 11/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/19/12 | J | | |
| 19. Vanguard Developed Markets Index | B | Dividend | L | T | Buy (add'l) | 3/30/12 | J | | |
| 20. | | | | | Sold (part) | 11/30/12 | J | | |
| 21. | | | | | Sold (part) | 12/19/12 | K | | |
| 22. Vanguard Institutional Index | A | Dividend | K | T | Sold (part) | 3/30/12 | J | | |
| 23. | | | | | Sold (part) | 11/30/12 | J | | |
| 24. | | | | | Sold (part) | 12/20/12 | K | | |
| 25. Dimensional Fund Advisors Investment Dimensions Group | D | Dividend | N | T | Sold (part) | 03/30/12 | K | | |
| 26. | | | | | Buy (add'l) | 03/30/12 | J | | |
| 27. | | | | | Sold (part) | 11/30/12 | J | | |
| 28. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 29. | | | | | Sold (part) | 12/19/12 | M | | |
| 30. IRA #1 | A | Dividend | K | T | | | | | |
| 31. -- AIM Invesco European Growth Fund (name change) | | | | | | | | | |
| 32. -- AIM Invesco Constellation CLA (name change) | | | | | | | | | |
| 33. AIM Invesco Moderate Allocation CLA (name change) | D | Dividend | M | T | | | | | |
| 34. Pim. Comm. | A | Dividend | K | T | Buy (add'l) | 03/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/30/12 | J | | |
| 36. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 37. Northern Fund Global | A | Dividend | | | Sold | 12/19/12 | K | | |
| 38. Vanguard Inflation Protected | B | Dividend | L | T | Sold (part) | 12/19/12 | K | | |
| 39. Vanguard Index Funds Grw Idx Signal | A | Dividend | K | T | Sold (part) | 12/19/12 | K | | |
| 40. Central Bank Accounts | A | Interest | L | T | | | | | |
| 41. Academy Bank | B | Interest | M | T | | | | | |
| 42. Federated High-Yield Bond | B | Dividend | K | T | Sold (part) | 12/19/12 | J | | |
| 43. Federated Ultra-Short Bond | A | Dividend | | | Sold | 12/19/12 | J | | |
| 44. Vanguard Short-Term Inv. Grade | B | Dividend | K | T | Sold (part) | 12/19/12 | J | | |
| 45. Vanguard Int-Term Inv. Grade | A | Dividend | K | T | Sold (part) | 12/19/12 | K | | |
| 46. AQR Diversified (x) | A | Dividend | K | T | Buy | 03/30/12 | K | | |
| 47. | | | | | Sold (part) | 11/30/12 | J | | |
| 48. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 49. Aberdeen Emerging Mkts (x) | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 50. Cohen & Steers Realty (x) | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 51. Eaton Vance Floating (x) | A | Dividend | J | T | Buy | 12/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Eaton Vance Global (x) | A | Dividend | K | T | Buy | 03/30/12 | K | | |
| 53. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 54. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 55. Federated Strategic (x) | A | Dividend | K | T | Buy | 12/19/12 | K | | |
| 56. Fidelity Contrafund Inc. (x) | A | Dividend | K | T | Buy | 12/19/12 | K | | |
| 57. Goldman Sachs Emerging Mkts (x) | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 58. Goldman Sachs US Equity (x) | A | Dividend | J | T | Buy | 5/23/12 | J | | |
| 59. | | | | | Buy (add'l) | 6/13/12 | J | | |
| 60. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 61. ING Global Real Estate (x) | A | Dividend | J | T | Buy | 05/31/12 | J | | |
| 62. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 63. IShares S&P Growth Allocation (x) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 64. Janus Triton Fund (x) | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 65. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 66. JP Morgan Core (x) | B | Dividend | K | T | Buy | 05/23/12 | J | | |
| 67. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 68. Loomis Sayles Global Bond (x) | A | Dividend | J | T | Buy | 6/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 70. MFS Int'l New Discovery (x) | A | Dividend | J | T | Buy | 05/31/12 | J | | |
| 71. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 72. Mainstay Large Cap Growth Fund (x) | A | Dividend | K | T | Buy | 5/31/12 | J | | |
| 73. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 74. Matthews Pacific Tiger Fund (x) | A | Dividend | J | T | Buy | 06/13/12 | J | | |
| 75. Meridian Growth Fund Inc. (x) | A | Dividend | J | T | Buy | 05/31/12 | J | | |
| 76. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 77. Northern Lights Southernsun (x) | A | Dividend | J | T | Buy | 5/23/12 | J | | |
| 78. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 79. Oakmark International (x) | A | Dividend | J | T | Buy | 5/23/12 | J | | |
| 80. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 81. PIMCO All Asset (x) | B | Dividend | K | T | Buy | 3/29/12 | K | | |
| 82. | | | | | Buy (add'l) | 12/18/12 | J | | |
| 83. PIMCO Low Duration (x) | A | Dividend | K | T | Buy | 05/23/12 | J | | |
| 84. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 85. PIMCO Real Return (x) | A | Dividend | K | T | Buy | 5/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 87. PIMCO Total Return (x) | B | Dividend | K | T | Buy | 05/31/12 | J | | |
| 88. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 89. Robeco Boston Partners (x) | A | Dividend | K | T | Buy | 06/20/12 | J | | |
| 90. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 91. Tortoise Energy Infrastructure (x) | B | Dividend | K | T | Buy | 05/29/12 | J | | |
| 92. | | | | | Buy (add'l) | 12/18/12 | K | | |
| 93. Vanguard Equity Income (x) | A | Dividend | K | T | Buy | 12/18/12 | K | | |
| 94. Vanguard Total Stock (x) | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 95. Virtus Emerging Mkts (x) | A | Dividend | J | T | Buy | 12/19/12 | J | | |
| 96. Wasatch Small Cap Growth Fund (x) | A | Dividend | J | T | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts. Number 31 formerly named AIM Int'l Mutual Fund; Number 32 formerly named AIM Equity Funds CLA; and, Number 33 formerly named AIM Growth SER.

| Name of Person Reporting | Date of Report |
|---|---|
| WHIPPLE, HAROLD D. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ HAROLD D. WHIPPLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544